## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **FRANKLIN BROWN**<br><br>    vs.<br><br>**MICHAEL MCGINNIS** | JUDGMENT IN A CIVIL CASE<br><br>**CASE NO.**   9:01-CV-233 |

____   **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **XX**   **DECISION BY COURT.**   This action came to trial of hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Petitioner's writ of habeas corpus is **DENIED AND DISMISSED.**

   In accordance with Judge McAvoy's Decision and Order filed on August 10, 2005

Dated:  August 10, 2005

*Lawrence K. Baerman*
Clerk of Court

s/ A. Topa
By:  Deputy Clerk